No. 10-9323. Greg Gaines, Petitioner v. South Carolina, et al.

563 U.S. 947, 131 S. Ct. 2118, 179 L. Ed. 2d 911, 2011 U.S. LEXIS 3131.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 988.